**Justin H. King, Esq., SBN. 268730**
**Oliver P. King, Esq., SBN. 342305**
**Jonathan L. King, Esq., SBN. 343872**
**LAW OFFICES OF JUSTIN H. KING**
8301 Utica Avenue, Suite 101
Rancho Cucamonga, CA 91730
Telephone: (909) 297-5001
Facsimile: (909)297-5126
Email: jking@justinkinglaw.com
oking@justinkinglaw.com
jon@justinkinglaw.com

Attorney for Petitioner, Justin Ramirez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN RAMIREZ<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, and DOES 1 through 100, inclusive<br><br>Defendant(s), | CASE NO.: 24-cv-01586 PA (PDx)<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT AND DISMISSAL OF ALL FEDERAL CAUSES OF ACTION**<br><br>COMPLAINT FILED: JUNE 21, 2024 TRIAL DATE: NONE SET |

PURSUANT TO THE PARTIES' JOINT STIPULATION IN THE ABOVE-CAPTIONED ACTION, and for good cause shown, IT IS ORDERED THAT all federal causes of action be dismissed without prejudice and *Justin Ramirez v. City of San Bernardino, et al.*, Case No. 5:24-cv-01586 PA (PDx) be remanded to the Superior Court of the State of California for the County of San Bernardino.

IT IS SO ORDERED.

Dated: September 19, 2024

_____
Percy Anderson
United States District Judge